No. 449.   FOSTER *v.* UNITED STATES.   Court of Claims. Certiorari denied.   *Nathan L. Silberberg* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 462.   LUCAS *v.* INDIANA EX REL. BOARD OF MEDICAL REGISTRATION AND EXAMINATION.   Supreme Court of Indiana.   Certiorari denied.   *Dan C. Flanagan* for petitioner.   *J. Emmett McManamon*, Attorney General of Indiana, and *Thomas L. Webber*, Deputy Attorney General, for respondent.

No. 469.   MILEY *v.* LOVETT, SECRETARY OF DEFENSE, ET AL.   C. A. 4th Cir.   Certiorari denied.   *Edmund D. Campbell* and *Grant W. Wiprud* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 472.   MITCHELL *v.* TRIBUNE COMPANY.   Appellate Court of Illinois, First District, and Supreme Court of Illinois.   Certiorari denied.

No. 475.   CONFERENCE OF STUDIO UNIONS ET AL. *v.* LOEW'S, INCORPORATED ET AL.   C. A. 9th Cir.   Certiorari denied.   *Robert W. Kenny* for petitioners.   *Harold F. Collins, Homer I. Mitchell* and *William W. Alsup* for Loew's, Incorporated et al.; and *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for Walsh et al., respondents.

No. 478.   NU-CAR CARRIERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied. *Jacob S. Spiro* for petitioner.   *Solicitor General Perlman,*